**Fill in this information to identify the case:**

Debtor 1  Mercedes Martin Saavedra

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern  District of Illinois
(State)

Case number  14-29323

---

Form 4100R

# Response to Notice of Final Cure Payment

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** The Bank of New Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Funding Mortgage Securities II, Inc., Home Equity Loan-Backed Term Notes, Series 2004-HS2

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 7 7 4 7

**Property address:** 2129 Red Oak Dr
Number      Street

Round Lake         IL         60073
City               State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

(●) Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

( ) Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

(●) Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  5 / 01 / 2017
MM / DD / YYYY

( ) Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                           (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.                                      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Form 4100R            **Response to Notice of Final Cure Payment**              page **1**

Debtor 1  Mercedes Martin Saavedra
First Name  Middle Name  Last Name

Case number (*if known*) 14-29323

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Caleb J Halberg
Signature

Date 4 / 10 / 2017

Print: Caleb  J  Halberg
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Potestivo & Associates, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 223 W Jackson Blvd, Suite 610
Number  Street
Chicago  IL  60606
City  State  ZIP Code

Contact phone (312) 263 – 0003

Email chalberg@potestivolaw.com

Form 4100R  **Response to Notice of Final Cure Payment**  page **2**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

   Mercedes Martin Saavedra                              Case No. 14-29323
                                                                  Chapter 13
                                                                  Judge: Judge Martin Saavedra

                            Debtor,

_____/
Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
chalberg@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.:  C14-98977

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603
312.332.1800
Fax : 877.247.1960
ndil@geracilaw.com
_____/

**AFFIDAVIT OF SERVICE**

     I, Jennifer DeJaeghere, state that on the 10th day of April 2017, I served a copy of the Response to the Notice of Final Cure and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Mercedes Martin Saavedra | Nathan E Curtis |
| 2129 Red Oak Dr | Geraci Law L.L.C. |
| Round Lake, IL 60073 | 55 E. Monroe St. # 3400 |
| | Chicago, IL 60603 |
| Patrick S Layng | |
| Office of the U.S. Trustee, Region 11 | Glenn B Stearns |
| 219 S Dearborn St | 801 Warrenville Rd |
| Room 873 | Suite 650 |
| Chicago, IL 60604 | Lisle, IL 60532 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee, and the U.S. Trustee

                                                */s/ Jennifer DeJaeghere*_____
                                                   Jennifer DeJaeghere